IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAL RUTH MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-666-WKW |
| ) | [WO] |
| STATE OF ALABAMA ) | |
| DEPARTMENT OF LABOR, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 29, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 27.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 27) is ADOPTED.

2. Defendant's Motion to Dismiss Counts One and Three is DENIED.

3. The proceedings are referred back to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE this 26th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE